```
1  McGREGOR W. SCOTT
   United States Attorney
2  ROBIN R. TAYLOR
   Assistant U.S. Attorney
3  501 I Street, Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2700
```





IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 08 MJ 0385 KJM |
|---|---|---|
| Plaintiff, | ) | 08-SW 0468 KJM |
| v. | ) | APPLICATION FOR UNSEALING ORDER; AND ORDER |
| JUN LAST NAME UNKNOWN, | ) | |
| Defendant. | ) | |

On October 27, 2008, a search warrant, arrest warrant, and criminal complaint were filed in the above-referenced case. Since the search warrant and arrest warrants have been executed, it is no longer necessary for the Search Warrant, Arrest Warrant Criminal Complaint, Applications, Affidavits, and related documents to remain sealed. Thus, the government respectfully requests that they be unsealed.

DATED: October 29, 2008        McGREGOR W. SCOTT
                               United States Attorney

                               By /s/ Robin R. Taylor
                               ROBIN R. TAYLOR
                               Assistant U.S. Attorney

Application for Unsealing Order & Order
Page 2

ORDER

SO ORDERED:

DATED: October 29, 2008

HON. KIMBERLY MUELLER
United States Magistrate